UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Frank and Michele Panzitta

Case No.: 16-23020
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
James J. Waldron, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan, U.S.B.J.___ on ___October 24, 2016___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___8___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1 Ford Drive
Trenton, New Jersey
Valued at $355,000.00

Liens on property:
Bank of America, $805,345.00
real estate taxes, $1,500.00
Key Bank, $33,685.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:    Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Frank Panzitta
Michele L. Panzitta
    Debtors

Case No. 16-23020-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2016
                        Form ID: pdf905    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
```
db/jdb       +Frank Panzitta,    Michele L. Panzitta,    1 Ford Drive,    Hamilton, NJ 08690-1928
cr           +Santander Consumer USA Inc.,    Attn: Stewart Zlimen & Jungers LTD,
              2277 Highway 36 West, Suite 100,    Roseville, MN 55113-3896
516275090    +Allergy Pulmonary Associates,    1542 Kuser Road,    Suite B7,    Trenton, NJ 08619-3829
516339956     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
516275084    +Bank of America Mortgage,    100 N. Tyron Street,    Charlotte, NC 28255-0001
516275085    +Capital Health Medical Center Hopewell,    One Capital Way,    Pennington, NJ 08534-2520
516286020    +Central Jersey Waste,    432 Stokes Avenue,    Ewing, NJ 08638-3734
516286021    +Cicconi Farms,    1005 Farmingdale Road,    Jackson, NJ 08527-1373
516286022    +Comenty Bank,    Lane Bryant,    PO Box 182025,    Columbus, OH 43218-2025
516350396     State of NJ,    Div. of Employer Accts.,    POB 379,    Trenton, NJ  08625-0379
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2016 23:15:40     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2016 23:15:36     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2016 at the address(es) listed below:
```
              Bruce M. Sattin    on behalf of Joint Debtor Michele L. Panzitta bsattin@szaferman.com
              Bruce M. Sattin    on behalf of Debtor Frank  Panzitta bsattin@szaferman.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as Trustee, successor in interest to
               Bank of America N.A, as Trustee,successor by merger to LaSalle Bank N.A.,as Trustee for
               Residential Asset Mortgage Products, Inc., Mortgage Asset-B dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
                                                                                              TOTAL: 5
```